CIM

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIFTH AVENUE OF LONG ISLAND
REALTY ASSOCIATES D/B/A/
AMERICANA MANHASSET,

                                        **MEMORANDUM AND ORDER**

          Plaintiff,

      --against--                        CV-08-384
                                       (Wexler, J.)

CARUSO MANAGEMENT
COMPANY, LTD. D/B/A/ CARUSO
AFFILIATES,

          Defendant.
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★  SEP – 8 2009  ★

LONG ISLAND OFFICE

BRACEWELL & GUILIANI LLP
BY: JOHN C. RAWLS, ESQ.
711 LOUISIANA STREET SUITE 2300
Houston, Texas 77010
Attorneys for Plaintiff

QUINN EMANUAL UQUHART OLIVER & HEDGES, LLP
BY: MICHAEL B. CARLINSKY, ESQ.
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attorneys for Defendants

WEXLER, District Judge:

Presently before the court is Plaintiff's motion for reconsideration of this court's prior decisions

concerning the taking of additional discovery and adding of additional witnesses. The motion is denied.

SO ORDERED

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       September 8, 2009

1